UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:03-cr-00010 |
| | ) | |
| | ) | CHIEF JUDGE HAYNES |
| MADISON K. WRIGHT | ) | |
| | ) | |

MOTION TO SUBSTITUTE COUNSEL

Comes now the United States of America, by and through the undersigned attorney, and moves the Court to substitute Assistant United States Attorney Van S. Vincent for Assistant United States Attorney Jimmie Lynn Ramsaur. In support of this motion, the undersigned submits that the above-captioned case has been re-assigned to Assistant United States Attorney Van S. Vincent.

*[Handwritten annotation: ORDER. This motion is GRANTED. William J. Haynes Jr. 3-4-14]*

Respectfully submitted,

DAVID RIVERA
United States Attorney

s/Van S. Vincent
VAN S. VINCENT
Assistant United States Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203-3870
Telephone: (615) 736-5151