IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | Case No. 3:03-00010 |
| | ) | Judge Haynes |
| v. | ) ) | |
| MADISON K. WRIGHT, | ) ) | |
| Defendant. | ) ) | |

## ORDER

A revocation hearing is set in this action for **Monday, November 3, 2014 at 11:00 a.m.**

It is so **ORDERED**.

**ENTERED** this the ___ day of October, 2014.

WILLIAM J. HAYNES, JR.
United States District Judge